JOHN SUGDEN et al., Respondents, *v.* MAGNOLIA METAL COM-
PANY, Appellant.

Reported below, 58 App. Div. 236.
(Submitted June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 12, 1901, reversing a judgment in favor
of defendant entered upon the report of a referee.

The motion was made upon the grounds that the appeal
does not present a substantial question of law for review, is
wholly without merit and is taken for purposes of delay only.

*Constant & Coghill* for motion.

*Nichols & Bacon* opposed.

Motion denied, with ten dollars costs.

---

ALBANY EXCHANGE SAVINGS BANK, Respondent, *v.* WILLIAM
C. BRASS et al., Appellants, Impleaded with Others.

Reported below, 59 App. Div. 370.
(Submitted June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the third judicial
department, entered March 16, 1901, affirming a judgment in
favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the appeal is
prohibited by section 9 of article 6 of the Constitution and
by subdivisions 3 and 4 of section 191 of the Code of Civil
Procedure.

*A. V. De Witt* and *William L. Learned* for motion.

*R. W. Brass, P. E. Dubois* and *E. Countryman* opposed.

Motion denied, with ten dollars costs.